UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 14-2386-SP | Date | August 14, 2015 |
|---|---|---|---|
| Title | MARTHA A. ARAGON v. CAROLYN W. COLVIN | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| n/a | | n/a |

**Proceedings:** **(In Chambers) Order to Show Cause Why Sanctions Should Not Be Imposed for Defendant's Failure to Comply with Court Order**

On May 13, 2015, the parties stipulated to an extended briefing schedule. On June 1, 2015, the court issued an Order Extending Briefing Schedule, in which defendant was ordered to file her brief in opposition to plaintiff's complaint ("Opposition") on or before August 6, 2015. That time has now passed, and the court has received no Opposition or any other communication from defendant. Defendant is therefore in violation of the court's order.

As such, defendant is again ordered to file her Opposition. In addition, defendant is ordered to show cause by ***August 24, 2015*** why sanctions should not be imposed for failure to comply with the court order. This Order to Show Cause will be automatically discharged if defendant files an Opposition on or before August 24, 2014.